■ The People of the State of New York, Respondent, v Gregory Cochran, Appellant. [975 NYS2d 921]—

Rose, J.P. Appeal from a judgment of the County Court of Sullivan County (LaBuda, J.), rendered December 16, 2011, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree, criminal possession of a weapon in the second degree and criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to criminal sale of a controlled substance in the third degree, criminal possession of a weapon in the second degree and criminal possession of a controlled substance in the third degree in full satisfaction of a seven-count indictment and waived his right to appeal. In accordance with the plea agreement, County Court thereafter sentenced him, as a second felony offender, to an aggregate prison term of 12 years, to be followed by five years of postrelease supervision. Defendant now appeals.

We affirm. By entering a knowing, voluntary and intelligent guilty plea before a suppression hearing was held, defendant forfeited his right to appellate review of his sole contention on appeal, that his arrest arose out of an unlawful search and seizure (*see People v Buckler*, 80 AD3d 889, 890 [2011], *lv denied* 17 NY3d 804 [2011]; *People v Costa*, 4 AD3d 675, 676 [2004], *lv denied* 2 NY3d 797 [2004]; *People v Huff*, 257 AD2d 678, 679 [1999], *lv denied* 93 NY2d 854 [1999]). Accordingly, the judgment is affirmed.

Spain, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed.